IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00579-BO

**Tacho M. Sandoval**,

    Plaintiff,

v.

**John Doe No. 1**, et al.,

    Defendants.

**Order**

    Plaintiff Tacho M. Sandoval asks the court to allow him to serve subpoenas to learn the names and addresses of the John Doe Defendants. D.E. 12. After reviewing the relevant pleadings and filings. The court finds that there is good cause to grant the motion. Therefore, the motion is granted and discovery will be allowed on the following terms:

    1.    Sandoval may serve Investorshub.com with a subpoena commanding it to provide him with the items described in Items 1 and 2 of Exhibit A to Subpoena Duces Tecum submitted as D.E. 12-2. Sandoval shall include a copy of this Order with the subpoena.

    2.    Within seven days after Investorshub.com receives the subpoena, it shall send a copy of the subpoena and this order to the last known email address and, if available, the last known mailing address for each user named in the subpoena.

    3.    If Investorshub.com or one of the named users wishes to object to the subpoena or ask the court to quash of modify it, they must do so before the date and time of compliance noted on the subpoena. Copies of any objection or motion must be served on Sandoval and Investorshub.com.

    4.    The date for compliance with the subpoena shall be no earlier than 60 days after the date of service of the subpoena on Investorshub.com. Investorshub.com may not produce documents

prior to the compliance date listed on the subpoena unless a named user has notified Investorshub.com that they consent to the production of the information.

5. If one or more of the named users objects or files a motion to quash or modify the subpoena, Investorshub.com shall not produce any documents related to that user in response to the subpoena prior to the return date or unless and until an order is entered denying any such motions and permitting production pursuant to the subpoena.

6. If Investorshub.com lacks sufficient information to identify the name and address of the defendants, Sandoval may serve additional subpoenas on any individual or entity whom he believes in good faith is likely to have this information. The scope of these subsequent subpoenas is limited to records containing information sufficient to identify the legal name and address of the defendants.

7. Sandoval may not engage in any additional discovery in this action prior to conducting a Rule 26(f) conference unless the discovery is authorized by an order of this court or the Federal Rules of Civil Procedure.

Dated: January 25, 2021

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge