# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00579-BO

TACHO M. SANDOVAL,
an individual,

        Plaintiff,

vs.

JOHN DOE No. 1, a/k/a "Fullest_Disclosure",
an individual;
JOHN DOE No. 2, a/k/a "MoMoneyRules",
an individual; and
JOHN DOE No. 3, a/k/a "Cartman_3_16",
an individual,

        Defendants.

## DECLARATION OF PLAINTIFF TACHO M. SANDOVAL IN SUPPORT OF HIS MEMORANDUM OF LAW IN OPPOSITION TO JOHN DOE NO. 3 A/K/A CARTMAN_3_16's MOTION TO QUASH SUBPOENA AND OBJECTION TO JURISDICTION AND MEMORANDUM OF LAW

Pursuant to 28 U.S.C. § 1746, I, **TACHO M. SANDOVAL**, hereby declare under penalty of perjury that the following declaration is true and correct:

1. My name is Tacho M. Sandoval, and I am over twenty-one years of age, and am fully competent to make the statements contained in this Declaration.

2. This Declaration is based upon my personal knowledge of the facts contained herein, or upon information and belief.

3. I am a shareholder of Clean Coal Technologies, Inc. ("CCTC"). I have never been an officer, director, or agent of CCTC.

4. I have never been a majority shareholder of CCTC.

1

5. Based upon my review of the CCTC message board on iHub, I was not a subject of any discussion prior to postings made by Cartman_3_16 in October 2018.

6. I have never given any interviews about CCTC, made any public postings about CCTC, issued a press release about CCTC, or made any public statements about CCTC.

7. I have no special access to the media.

8. For reasons that remain unclear to me, my business reputation, character, and even my wife have been under attack by Cartman_3_16 since 2018. By my count, Cartman_3_16 has attacked me in more than 130 postings on iHub. Cartman even identified the city in which my wife and I live on the iHub Board.

9. I have seen iHub posts that challenge Cartman's attacks or otherwise post something favorable about me in response to Cartman_3_16's attacks upon me deleted. I believe that Cartman_3_16, as the Moderator of the board, deleted them.

10. I have never engaged in a "pump and dump" of CCTC shares with CCTC. Cartman's allegations to the contrary are definitively false.

**FURTHER DECLARANT SAYETH NAUGHT**

Dated: May 7, 2021

Tacho M. Sandoval, *Declarant*