IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-579-BO

| | |
|---|---|
| TACHO M. SANDOVAL, an individual, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE NO. 1, a/k/a ) <br> "Fullest_Disclosure," an individual; JOHN ) <br> DOE NO. 2, a/k/a "MoMoneyRules," an ) <br> individual; and JOHN DOE NO. 3, a/k/a ) <br> "Cartman_3_16," an individual, ) <br> Defendants. ) | O R D E R |

This cause comes before the Court on a motion by defendant John Doe No. 3, a/k/a "Cartman_3_16" (Cartman) for protective order and stay of an order entered by United States Magistrate Judge Numbers on November 30, 2021, pending Cartman's appeal. Cartman has requested expedited consideration of his motion for protective order and stay. Plaintiff opposes Cartman's motion. For good cause shown, and pursuant to the Court's inherent authority, the motion for protective order and stay [DE 32] is GRANTED.

The magistrate judge's November 30, 2021, order is STAYED pending the undersigned's consideration of any appeal filed by Cartman and review of matters previously decided. All future matters in this case will be submitted to the undersigned for review. Investorshub.com, Inc.'s obligation to comply with the subpoena is STAYED. Cartman is DIRECTED to serve a copy of this order on InvestorsHub.com, Inc.

SO ORDERED, this ___ day of December, 2021.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE