IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00579-BO

TACHO M. SANDOVAL,
an individual,

        Plaintiff,

vs.

JOHN DOE No. 1, a/k/a "Fullest_Disclosure",
an individual;
JOHN DOE No. 2, a/k/a "MoMoneyRules",
an individual; and
JOHN DOE No. 3, a/k/a "Cartman_3_16",
an individual,

        Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** came before the Court upon Plaintiff **TACHO M. SANDOVAL's** Unopposed Motion and Incorporated Memorandum of Law for Extension of Time to Respond to Cartman_3_16's *Appeal to the District Court from the Magistrate Judge's Order Denying Motion to Quash Subpoena and Objection to Jurisdiction* [ECF 35]. After reviewing the Unopposed Motion, being otherwise fully and duly advised in the premises, and for good cause shown, it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Motion is **GRANTED**;

2. Plaintiff's Response to ECF 35 shall be due on or before January 14, 2022.

SO ORDERED this \_\_14\_\_ day of December, 2021.

*/s/ Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE