UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TACHO M. SANDOVAL, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| JOHN DOE NO. 1, a/k/a "Fullest_Disclosure," an ) | 5:21-CV-579-BO |
| individual, JOHN DOE NO. 2, a/k/a ) | |
| "MoMoneyRules," an individual, JOHN ) | |
| DOE NO. 3, a/k/a "Cartman_3_16," an individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**
This cause comes before the Court on an appeal of the decision of United States Magistrate Judge Robert T. Numbers, II by defendant John Doe No. 3. [DE 35].

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff has failed to allege complete diversity of the parties, and as such has failed to invoke the Court's subject matter jurisdiction. The authorization of pre-service discovery was therefore in error and the decision of the magistrate judge is REVERSED. This action is DISMISSED in its entirety WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This judgment filed and entered on March 17, 2022, and served on:**
Carl Schoeppl (via CM/ECF NEF)
Terry Gray (via CM/ECF NEF)
Joseph Nanney, Jr. (via CM/ECF NEF)
Robert Meynardie (via CM/ECF NEF)
Eric David (via CM/ECF NEF)
William Robertson (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

March 17, 2022

/s/Peter A. Moore, Jr.